UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/13

    -against-

ALEXANDER WRIGHT,

                     Defendant.
------------------------------------------------------------------x

**ORDER**
12 CR 551 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing for the above-captioned defendant is adjourned to October 23, 2013, at 10:00 a.m.

    SO ORDERED.

Dated: New York, New York
       September 17, 2013

                                           KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE